12621

E. STERNBERGER CO. v. SUMMERFORD *ET UX.*

(147 S. E., 627)

64

66

72

"I concur in the finding of the referee that in the fall of 1918 the defendant Elizabeth Summerford paid the sum of $1,400 on the purchase-money mortgage executed by her husband and that should be secured to her.

The land is also subject to the mortgage of $1,000 and interest.

"I cannot agree with the referee in his conclusion as to the value of the land, and think the best way to determine this would be to sell the land at public auction and pay to Elizabeth Summerford the amount due her after payment of the mortgage she executed, and whatever amount is left should be the property of J. W. Summerford. In other words, treat the deed in this case as if it were a mortgage to Mrs. Summerford to secure her for money due her, second in lien to the mortgage she executed on the land, and it is so ordered.

"Let the parties apply for such further orders as will carry out these findings."

*Messrs. Tison & Miller,* for appellant,

*Mr. J. W. LeGrand,* for respondent,

March 28, 1929.

The opinion of the Court was delivered by MR. JUSTICE CARTER.

The facts and questions involved in this case are fully set forth in the report of the Special Referee, H. J. Riley, Esq., to whom the case was referred for the purpose of taking the testimony and passing upon all issues of fact and law. For the reasons stated in the report of the Referee and the decree of the Circuit Judge, Hon. E. C. Dennis, it is the judgment of this Court that the judgment of the Circuit Court be, and is hereby, affirmed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES COTHRAN, BLEASE and STABLER concur.